# STUDENT LOAN ASSISTANCE REPRESENTATION AGREEMENT

| | |
|---|---|
| *Client(s)* | lore dickey |
| *Agreement* | Neeley Law ("We" and "Us") agrees to represent Client(s) ("You") in performing only the following student loan assistance (additional work will require an additional agreement): |

*File an adversary proceeding against The Bank of North Dakota*

*seeking to discharge your student loans in Arizona Bankruptcy Case No. 3:21-bk-06185-DPC*

You agree to pay for legal services according to the payment schedule below, to accurately and truthfully complete required questionnaires in full, to compile required documentation, to timely respond to questions, and to disclose all relevant information to us.

*Legal Fees And Expenses*

In consideration of legal services to be rendered, You agree to pay Us legal fees composed of two parts:

a. <u>Monthly legal fee</u>. You agree to pay Us a monthly payment of $299.00 per month, for our services in litigating your student loan payment obligation. Your first monthly payment will be due no later than during the first full calendar month that falls after employment is approved by the Bankruptcy Court.

These payments are reimbursable to You if We do not obtain a reduction in the outstanding principal, outstanding interest, or interest rate of your student loan debt. If You reject a settlement offer proposed by your creditor, that event will qualify as a reduction to the extent that the settlement offer, if accepted, would have reduced the outstanding principal, outstanding interest, or interest rate of your student loan debt. For purposes of calculating reimbursement, We will deem You to have accepted the settlement offer.

You understand and agree that, if You fail to make any payment when due, We may stop working on your matter and may withdraw from representing You in this matter. If that happens, You agree that You will not oppose our motion to withdraw.

b. <u>Contingent fee if overall student loan obligation is reduced</u>. You agree that, if your overall student loan obligation is reduced, You will pay Us 12% of the amount by which your overall student loan obligation is reduced. This 12% fee calculation is based on the reduction in the total of payments to the creditor(s). The total of payments is the total amount You would have paid to your creditor(s) if You had made all remaining payments as scheduled. For purposes of this agreement, reductions in the outstanding principal, outstanding interest, or interest rate all count as reductions.

The following scenario serves as an example: Suppose You have an outstanding student loan balance of $100,000, an interest rate on that loan of 10%, and a remaining repayment term of 10 years. If you made all payments on that loan as scheduled, You would pay a total of $158,581 to the creditor. Now suppose that We reduce your outstanding loan balance by 50% (i.e., to $50,000), reduce your interest rate to 1%, and keep the repayment term at 10 years. If you were to make all payments on that reduced debt obligation as scheduled, you would only pay the student loan creditor $52,562. This total amounts to a savings of $106,019. The legal fees would be calculated by multiplying that savings amount by .12 (12%). In this case, the legal fees would be $12,722. After accounting for the legal fees, your total savings would be $93,296.

If your overall student loan obligation is reduced, You will receive a credit against the overall 12% contingent fee for the amount of all monthly payments You have already made under paragraph (a) above.

If your overall student loan obligation is reduced, We will provide You with an accounting of the amount due as a fee under this paragraph (b), including any credit that may be due to You and including payment of any expenses.

Rev. 12.4.2020

Case 3:21-bk-06185-DPC    Doc 26-1    Filed 01/18/22    Entered 01/18/22 12:36:30    Desc
Exhibit Proposed Representation Agreement    Page 1 of 2

# STUDENT LOAN ASSISTANCE REPRESENTATION AGREEMENT

    If your overall student loan obligation is reduced, You agree to pay the contingent fee then due by continuing to make regular monthly payments of $299 until that obligation is satisfied. Although You will make payments over time, no interest will be charged on your legal fees.

    The contingent fee will be capped at $15,000 plus costs if we settle or otherwise prevail in your matter before trial commences and $25,000 plus costs if we settle or otherwise prevail in your matter after trial commences.

    c. <u>All fee payments are earned when paid</u>. You agree that the legal fees agreed to here are earned when paid, and You agree that each payment You make under either paragraph (a) or (b) above is earned when paid. This means that any payment You make belongs to Us (or anyone to whom We have assigned an interest in the fees), and these payments will not be held in a trust account.

    d. <u>Assignment of fee payments</u>. You agree that We may transfer or assign our right to receive these legal fees and any payments from You to a third-party finance company ("Finance Company"). You agree that this transfer or assignment means that Finance Company will receive some confidential information regarding your case. You agree that Finance Company will have the right to directly enforce your obligation to Us under this agreement and directly collect any payments you owe to Us.

| | |
|---|---|
| *Representation* | You understand that our acceptance of undertaking representation of your case means that we will commit significant resources to the case and that other work will be set aside, delayed or turned down. |
| *Risks* | You understand that student loan law is unique and that it is subject to different interpretations and uncertainties in how courts or agencies will apply the law. |
| *Termination* | We may withdraw in writing at any time and for any reason as your lawyer, so long as you are not prejudiced by it. If we withdraw because you are not cooperating with Us or not making payments as agreed, we are entitled to retain all or part of the fees You have paid based upon the reasonable value of the representation up to the point of termination. |
| | You may terminate us at any time as your lawyer and you will be entitled to a refund of all or part of the fee based upon the reasonable value of the representation up to the point of termination. |
| *Communication* | You agree to and authorize the Neeley Law Firm, its attorneys, staff and employees, to send any communications to you via the electronic mail (e-mail) address that you have provided and you agree to be responsible for monitoring the provided email address for important communications from the Neeley Law Firm concerning the services agreed to be rendered by the Neeley Law Firm in this representation agreement. |

By signing below, you agree to the terms in this Agreement and acknowledge that you have received a copy of it. (If signed by more than one person, each person acknowledges there is no expectation of privacy from the other concerning the services provided and that all documents and other information may be shared with any party to this agreement.)

By _[signature]_

_____  
Client                 Date

**NEELEY LAW**
1120 S Dobson Rd, Suite 230
Chandler, AZ 85286
(480) 802-4647
NeeleyLaw.com

_____
Client                 Date

Rev. 12.4.2020