SO ORDERED.

Dated: January 20, 2022

Daniel P. Collins, Bankruptcy Judge

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In Re:<br>LORE M. DICKEY,<br>Debtor. | In Proceedings Under Chapter 13<br>Case No.: 3:21-bk-06185-DPC |

### ORDER AUTHORIZING DEBTOR'S EMPLOYMENT OF SPECIAL COUNSEL

Debtor's Application to Employ Special Counsel (dkt #26) (the "Application") having been presented to the Court for approval of his employment of Kenneth L. Neeley of Neeley Law Firm, PLC ("Special Counsel"), the Court having reviewed the Declaration of Special Counsel and it appearing that Special Counsel neither represents nor holds any interest adverse to the Debtor or to his Estate, and that this employment is necessary and proper, and in the best interest of the Estate, now therefore,

**IT IS ORDERED** authorizing Debtor to employ Special Counsel to assist him with seeking discharge of his student loan obligation, on the terms outlined in the attached Student Loan Assistance Representation Agreement.

**IT IS FURTHER ORDERED** approving compensation of Special Counsel in the form of a contingent fee of 12% of the overall reduction of Debtor's student loan obligation (if an overall reduction is obtained), as more fully outlined in the attached Agreement.

**DATED AND SIGNED ABOVE.**